DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUDOLPH BUENDIA, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            *Plaintiff,*<br><br>   v.<br><br>RUDOLPH BUENDIA, III,<br><br>            *Defendant.* | No. 1:10-cr-00285 OWW<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON<br><br>Hon. Oliver W. Wanger |

The undersigned defendant, Rudolph Buendia III, having been advised of his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including but not limited to, status conference, motions hearing, trial setting, and/or when a continuance is ordered, hereby waives the right to be present at said hearings.  He requests the court to allow his attorney to make such appearances on his behalf and to request the Court set a motions schedule and/or schedule the matter for trial, including such eharings as may be appropriate at a time mutually convenient to the court and counsel.  Defendant further hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same a if defendant were personally present.

///

///

Defendant currently resides in Planada.  Due to the time, distance ane expense involved, travel to Fresno for court appearances which solely involve scheduling and/or non-dispositive motions would be both a financial hardship.  Consequently, Defendant wishes to limit the number of personaL court appearances, mainly those that are for setting of new dates, thereby minimizing the time and expense of travel to Fresno.

This request is made pursuant to Fed.R.Crim.P. 45(b)(3).

DATED:  May 16, 2011

/s/ Rudolph Buendia III
RUDOLPH BUENDIA III
Defendant

/s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   May 16, 2011**              /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Waiver of Defendant's Personal Presence;
[Proposed] Order Thereon                           2