HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUDOLPH BUENDIA, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:10-cr-00285 LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO EXTEND SURRENDER DATE; ORDER |
| RUDOLPH BUENDIA, III, | ) | |
| Defendant. | ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by the parties hereto, through their respective counsel, that the surrender date for defendant Rudolph Buendia, III, to the United States Bureau of Prisons, to commence service of his term of incarceration, may be extended to no later than 2:00 p.m., on Friday, August 8, 2014. The current surrender date for Mr. Buendia is Friday, June 27, 2014.

Mr. Buendia is requesting that his surrender be continued because the restitution hearing in this matter, which was originally scheduled for June 16, 2014, has been continued to August 4, 2014.  Also, the step-mother of Mr. Buendia's wife is suffering from cancer and in hospice.  The family has been advised that she is will likely pass within about three weeks.  The requested continuance will allow Mr. Buendia to remain out of custody through the restitution hearing, and it will also allow him to remain out of custody to provide support to his family during this

difficult time. The government does not object to this request.

Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ Samuel Wong*
DATED: June 24, 2014       By  */s/ Melanie L. Alsworth*
                              SAMUEL WONG
                              MELANIE L. ALSWORTH
                              Assistant United States Attorneys
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


DATED: June 24, 2014         */s/ Eric V. Kersten*
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorney for Defendant
                              Rudolph Buendia, III


# O R D E R

**GOOD CAUSE SHOWN**, the surrender date for defendant Rudolph Buendia, III to the United States Bureau of Prisons, for commencement of service of his term of incarceration is hereby extended from June 27, 2014, to no later than 2:00 p.m. on Friday, August 8, 2014.

**IT IS SO ORDERED.**

DATED:  June 25, 2014

                                                     */s/ Lawrence J. O'Neill*
                                                     LAWRENCE J. O'NEILL
                                                     United States District Court Judge